ORIGINAL



1
2
3
4
5              UNITED STATES DISTRICT COURT
6              SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | Magistrate No. 08MJ0132 |
| 8 | Plaintiff, ) | |
| 9 | v. ) | **ORDER UNSEALING COMPLAINT AND ARREST WARRANTS** |
| 10 | LEE VAUGHN WALKER (1), ) aka "Lee Dog", ) | |
| 11 | MELVIN ALEXANDER (2), ) JOSE GALVAN RICO (3), ) | |
| 12 | aka "Mija", ) ELEODORO CASTILLO (4), ) | |
| 13 | aka "Onko", ) DAPHNE ROSALINDA JACKSON (5), ) | |
| 14 | aka Daphne R. Rae, ) BERNAL ANTHONY MITCHELL (6), ) | |
| 15 | aka "Tony", ) ALLEN MATTHEW BAKER Jr. (7), ) | |
| 16 | aka "J.R.", aka Tracy Reyard Diggs, ) aka Marcus Johnson, ) | |
| 17 | MICHAEL DWAYNE TRYALS (8), ) aka "Texas Mike", aka Michael Tryls,) | |
| 18 | aka Dave Brooks, aka Leon Howard ) Blair, aka Earl David Hollis, ) | |
| 19 | BOBBY SHAWN LOCKHART (9), ) aka "Blue", ) | |
| 20 | ALEXANDER WEIR IV (10), ) aka "Brick", ) | |
| 21 | ALEXANDER WEIR V (11), ) aka "Lil' Brick", ) | |
| 22 | FELIPE MEDINA (12), ) MELVIN ANDRE BIBBS (13), ) | |
| 23 | MARK EDWARD RUNNELS (14), ) aka "Marky Mark", ) | |
| 24 | ) Defendants. ) | |
| 25 | ) | |

26    Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and
27 good cause appearing,
28 //

3

1  IT IS HEREBY ORDERED that the complaint and accompanying arrest warrants, previously
2  filed in the above-captioned matter on January 16, 2008, be unsealed.
3  IT IS SO ORDERED.
4  DATED: 1-16-08

HONORABLE NITA L. STORMES
United States Magistrate Judge